# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                         NO. 4:09CR00018-01 JLH

JESSICA WALKER                                                                           DEFENDANT

## ORDER

The government's Motion for Revocation of Pretrial Release is hereby referred to U.S. Magistrate Judge Beth Deere, who set defendant's conditions of release on December 18, 2008. Document #23.

The Order entered on August 19, 2009, directing that defendant be designated to a Bureau of Prisons facility for a mental evaluation is hereby held in abeyance, as defendant is currently in the custody of the Poinsett County Sheriff on state charges, and is unavailable for transportation to the designated facility in Fort Worth, Texas.

IT IS SO ORDERED this 3rd day of September, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE