**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                            NO. 4:09CR00018-01 JLH

JESSICA WALKER                                                                               DEFENDANT

### ORDER

On November 16, 2009, the Court entered an order setting a deadline of November 30, 2009, for counsel for the government or defendant to dispute the findings in the forensic evaluation report, to file a motion for hearing, or motion in opposition to the report, including a concise statement of opposition to the report and supporting authorities.

No opposition to the report has been filed. Therefore, the conclusions stated in the report are adopted as the conclusions and findings of the Court

IT IS SO ORDERED this 2nd day of December, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE